**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT WAGGONER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES 1-X, ROE CORPORATIONS 1-X,<br><br>Defendants. | CASE NO.: 2:20-cv-01044-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(FIRST REQUEST)** |

The parties, Plaintiff, BRETT WAGGONER, ("Plaintiff" or "Mr. Waggoner" and Defendant, NYE COUNTY, ("Defendant Nye") and Defendants, CHRIS ARABIA and LEO BLUNDO, (collectively "Defendants Arabia & Blundo"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On August 11, 2020, the Court entered an Order (ECF No. 17) staying discovery. Pursuant to such order, discovery is stayed until October 20, 2020.

2.  Such stay is for the purpose of allowing Plaintiff time to find other counsel and for Plaintiff's new counsel to familiarize themselves with the case.

3.  Plaintiff's current counsel also filed their Second Motion to Withdraw as Attorney on August 11, 2020 (ECF No. 19), with their first such motion being denied without prejudice due to a procedural error.

4.  In light of Plaintiff's current counsel's request to withdraw as attorney of record for the Plaintiff, and the current stay of discovery to allow Plaintiff a suitable period to secure new counsel, the parties hereby request that the Early Neutral Evaluation, currently set for September 25, 2020, be continued for a period of sixty (60) days and reset to a date suitable for the Court on or after November 24, 2020.

Dated: August 12, 2020

LEMONS, GRUNDY & EISENBERG

By: */s/ Rebecca Bruch*
REBECCA BRUCH, ESQ.
Nevada Bar No. 7289
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Telephone: (775) 786-6868
Email: rb@lge.net
*Attorneys for Defendant Nye County*

Dated: August 12, 2020

MARQUIS AURBACH COFFING

By: */s/ Brian R. Hardy*
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
Email: canderson@maclaw.com
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
Email: bhardy@maclaw.com
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
*Attorneys for Defendants Chris Arabia and Leo Blundo*

Dated: August 12, 2020

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Jenny L. Foley*
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
DANA SNIEGOCKI, ESQ.
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 920-8112
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED that the Early Neutral Evaluation Session currently set for September 25, 2020 at 9:00 a.m. shall be vacated and rescheduled to December 18, 2020 at 9:00 a.m.  The written confidential evaluation statements shall be submitted electronically to Emily_Santiago@nvd.uscourts.gov on December 11, 2020.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: August 14, 2020**