BRETT WAGGONER, PRO PER
1880 East Augusta Street.
Pahrump, NV  89048
(702)884-6344
E-Mail: brettawaggoner@gmail.com

Plaintiff

```
          FILED
          ENTERED
       SEP 29 2020
   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
   BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER, an Individual, | CASE NO. 2:20-cv-01044-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO VOLUNTARILY DISMISS COMPLAINT WITHOUT PREJUDICE** |
| vs. | |
| NYE COUNTY; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I-X; ROE CORPORATIONS I-X, | ECF No. 26 |
| Defendants. | |

    Plaintiff BRETT WAGGONER, individually, and Defendants NYE COUNTY, CHRIS ARABIA and LEO BLUNDO, by and though their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action without prejudice. Each party to bear its own costs and attorney's fees and costs.

///

///

| | |
|---|---|
| BRETT WAGGONER, PRO PER<br><br>__/s/ Brett Waggoner__<br>Brett Waggoner<br>1880 East Augusta Street.<br>Pahrump, NV 89048<br>Plaintiff<br><br>Dated: September 28, 2020 | LEMONS, GRUNDY & EISENBERG<br><br>__/s/ Rebecca Bruch__<br>Rebecca Bruch, Esq.<br>6005 Plumas Street, Third Floor<br>Reno, NV 89519<br>Attorney for Defendant<br><br>Dated: September 28, 2020<br><br>MARQUIS AURBACH COFFING<br><br>__/s/ Brian R. Hardy__<br>Brian R. Hardy, Esq.<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Attorney for Defendants Chris Arabia and Leo Blundo<br><br>Dated: September 28, 2020 |

## ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2020