BRETT WAGGONER, PRO PER
1880 East Augusta Street.
Pahrump, NV 89048
(702)884-6344
E-Mail: brettawaggoner@gmail.com

Plaintiff

FILED
ENTERED

SEP 29 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WAGGONER, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> NYE COUNTY; CHRIS ARABIA, in his individual and official capacity; LEO BLUNDO, in his individual and official capacity; DOES I-X; ROE CORPORATIONS I-X, <br><br> Defendants. | CASE NO. 2:20-cv-01044-JAD-BNW <br><br> **AMENDED ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS COMPLAINT WITHOUT PREJUDICE** <br><br> [ECF No. 26] |

Plaintiff BRETT WAGGONER, individually, and Defendants NYE COUNTY, CHRIS ARABIA and LEO BLUNDO, by and though their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action without prejudice. Each party to bear its own costs and attorney's fees and costs.

///

///

1

| | |
|---|---|
| BRETT WAGGONER, PRO PER | LEMONS, GRUNDY & EISENBERG |
| /s/ Brett Waggoner<br>Brett Waggoner<br>1880 East Augusta Street.<br>Pahrump, NV 89048<br>Plaintiff | /s/ Rebecca Bruch<br>Rebecca Bruch, Esq.<br>6005 Plumas Street, Third Floor<br>Reno, NV 89519<br>Attorney for Defendant |
| Dated: September 28, 2020 | Dated: September 28, 2020 |
| | MARQUIS AURBACH COFFING |
| | /s/ Brian R. Hardy<br>Brian R. Hardy, Esq.<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Attorney for Defendants Chris Arabia and Leo Blundo |
| | Dated: September 28, 2020 |

## ORDER

The court's original order granting the parties' stipulation to dismiss this case without prejudice inadvertently stated that the dismissal was "with prejudice . . . ." ECF No. 27 at 2. This amended order corrects that error.

Accordingly, based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 14, 2020